## IN RE WILL OF COLE

No. 113P99

Case below: 132 N.C.App. 235

Petition by caveator (Cole) for discretionary review pursuant to G.S. 7A-31 denied 8 April 1999. Justice Martin recused.

## JONES v. COKER

No. 538P98

Case below: 131 N.C.App. 556

Motion by defendants to withdraw petition for discretionary review allowed 8 April 1999. Petition by defendants for discretionary review pursuant to G.S. 7A-31 dismissed as moot 8 April 1999.

## KNIGHT PUBLISHING CO. v. CHASE MANHATTAN BANK

No. 523A98

Case below: 131 N.C.App. 257

Petition by defendants for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 8 April 1999.

## MELVIN v. ST. LOUIS

No. 58P99

Case below: 132 N.C.App. 42

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 April 1999.

## N.C. INS. GUAR. ASS'N v. BURNETTE

No. 25P99

Case below: 131 N.C.App. 840

Petition by defendants (Burnette and Liptow) for discretionary review pursuant to G.S. 7A-31 denied 8 April 1999.